# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s)

v.

ELSA MENDOZA

55973-112

Defendant(s)

CASE NUMBER: CR 09 00230

## WARRANT FOR ARREST
### UNDER SEAL

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ELSA MENDOZA**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute Heroin**

in violation of Title **21** United States Code, Section(s) **846**

| | |
|---|---|
| Terry Nafisi<br>NAME OF ISSUING OFFICER | March 12, 2009    LOS ANGELES, CALIFORNIA<br>DATE AND LOCATION OF ISSUANCE |
| Clerk of Court<br>TITLE OF ISSUING OFFICER | |
| [signature]<br>SIGNATURE OF DEPUTY CLERK | BY: CAROLYN TURCHIN<br>NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

*ARRESTED WITHIN THE C/CA*
*BY: DEA*
*ON: 3/2X/09*
*SIGNED:*

DATE RECEIVED: DEA

DATE OF ARREST: 3/2X/09

NAME OF ARRESTING OFFICER

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)          PAGE 1 OF 2