**FILED**

2009 MAR 24 AM 11:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 09-230-15 |
|---|---|
| v. ELSA PEREZ AKA ELSA MENDOZA DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  3/24/09   7:00  ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21 USC 846 Conspiracy to Distribute Heroin
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☐ No   ☐ Unknown
5. Year of Birth:  1986
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district):  N/A
8. Date detainer placed on defendant:  N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No.  N/A )
10. Name of Pretrial Services Officer:  Duty
11. Remarks (if any): _____

12. Date: 3/24/09
13. Signature: _____
14. Name: GREG CONNERS
15. Title: SPECIAL AGENT

16: Is a Spanish translator needed:   YES.   NO.
(Circle One)

CR-64 (01/09)                      REPORT COMMENCING CRIMINAL ACTION