UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Elsa Mendoza Defendant. | Western Division<br>Case Number: 2:09-CR-00230-15   Indictment<br>Initial App. Date: 03/24/2009   Initial App. Time: 2:00 PM<br>Date Filed: 03/12/2009<br>Violation: 21:846, 841(a)(1), 841(b)(1)(B)<br>CourtSmart: CS - 3 - 24 - 09 |
|---|---|

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Carla Woehrle | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Thomas, Donna Y.           Ariel Neuman           Eleazar Franco
             _Deputy Clerk_           _Assistant U.S. Attorney_           _Interpreter/Language_ SPANISH

[X] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   [X] preliminary hearing OR [X] removal hearing / Rule 20.
[X] Defendant states true name [X] is as charged [ ] is _____
[X] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[X] Attorney: Shaun Khojayan, Panel [X] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
   [ ] Special appearance by: _____
[X] Government's request for detention is: [X] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ X (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ X at 4:30 PM _____
[X] PIA set for: 3/24/09 - Following Init. App.  at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[ ] Defendant executed Waiver of Rights. [ ] Process received.
[ ] Court ORDERS defendant Held to Answer to _____ District of _____
   [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
   [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   [ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
[X] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

   [ ] PSA          [ ] FINANCIAL          [ ] READY
                                          Deputy Clerk Initials DY
                                                          : 15