# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**ORIGINAL**

Case Number **CR 09-230(A)-SVW**          Defendant Number **18**
U.S.A. v. **Elsa Perez**                  Year of Birth **1986**
☑ Indictment   ☐ Information    Investigative agency (FBI, DEA, etc.) **DEA**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense **up to March 12, 2009**
c. County in which first offense occurred
   **Los Angeles**
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles       ☐ Ventura
   ☐ Orange            ☑ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other _____
Citation of offense **21 U.S.C. §§ 846, 841**

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*    ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
IS THIS A NEW DEFENDANT ?   ☐ Yes   ☑ No

This is the **1st** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
**March 12, 2009**
Case Number **CR 09-230-SVW**

The superseded case:
☑ is still pending before Judge/Magistrate Judge **Wilson**
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☑ Yes    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☑ Yes   ☐ No
IF YES, list language and/or dialect:
**Spanish**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☐ Male
- ☑ Female
- ☑ U.S. Citizen
- ☐ Alien

Alias Name(s) _____

This defendant is charged in: ☐ All counts
☑ Only counts: 1, 9

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☑ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
- a. Date and time of arrest on complaint: _____
- b. Posted bond at complaint level on: _____
  in the amount of $ _____
- c. PSA supervision?   ☐ Yes   ☐ No
- d. Is a Fugitive   ☐ Yes   ☐ No
- e. Is on bail or release from another district: _____
- f. ☐ Has not been arrested but will be notified by summons to appear.
- g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:
- a. Place of incarceration:   ☐ State   ☑ Federal
- b. Name of Institution: San Bernardino County Jail
- c. If Federal: U.S. Marshal's Registration Number: 55973-112
- d. ☑ Solely on this charge. Date and time of arrest: March 24, 2009 at 6:00 AM
- e. On another conviction:   ☐ Yes   ☐ No
  IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
- f. Awaiting trial on other charges:   ☐ Yes   ☐ No
  IF YES ☐ State   ☐ Federal   AND
  Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 4/6/09

Signature of Assistant U.S. Attorney

Ariel A. Neuman
*Print Name*